SCWC-12-0000682

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LINN M. KIYUNA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000682; CASE NO. 1DTA-11-05236)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Linn M. Kiyuna's application for writ of certiorari filed on July 1, 2015, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 5, 2015.

Jonathan Burge            /s/ Mark E. Recktenwald
for petitioner
                          /s/ Paula A. Nakayama
Brian R. Vincent
for respondent            /s/ Sabrina S. McKenna

                          /s/ Richard W. Pollack

                          /s/ Michael D. Wilson

